```
           IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF TEXAS
                    FORT WORTH DIVISION
```

CECIL CHARLES CASEL,              §
    Petitioner,              §
                              §
VS.                               § CIVIL ACTION NO.4:08-CV-244-Y
                              §
NATHANIEL QUARTERMAN, Director,   §
T.D.C.J., Correctional            §
Institutions Division,            §
    Respondent.              §

### ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

Before the Court is the petition for writ of habeas corpus under 28 U.S.C. § 2254 of petitioner Cecil Charles Casel, along with the March 6, 2009, findings, conclusions, and recommendation of the United States magistrate judge. After Casel's copy of the magistrate judge's report was returned too the clerk of Court stamped "return to sender," the court directed the clerk to deliver the report to an address for Casel at the Texas Department of Criminal Justice, and extended the time for him to file written objections to the findings, conclusions, and recommendation until April 14, 2009. As of the date of this order, no written objections have been filed.

The Court has reviewed the pleadings and the record in this case, and has reviewed for clear error the findings, conclusions and recommendation. The Court concludes that, for the reasons stated by the magistrate judge, the petition for writ of habeas corpus should be denied.

Therefore, the findings, conclusions and recommendation of the magistrate judge are ADOPTED.

Cecil Charles Casel's petition for writ of habeas corpus is DENIED.

SIGNED April 20, 2009.

                                                _____
                                                TERRY R. MEANS
                                                UNITED STATES DISTRICT JUDGE